Michael Anthony LoRusso
Plaintiff

vs

Sheriff, Bob Gualtieri
Pinellas County
Defendant

IN The United States
District Court For The
Middle Tampa Division
CASE NO: Pending

8:21-cv-270-T-60CPT

## Petition For Federal Habeas Corpus

Comes now, Plaintiff is moving The Federal Court to review a 28 U.S.C 2254 and hereby states:
1. Plaintiff has filed numerous 1983 Civil rights violations of Defendant, Sheriff Bob Gualtieri.

## The Gross Violation of Constitutional Rights

1. Sheriff, Bob Gualtieri is a elected official who is the last election only got 58% of the vote. The opponent was not even a police officer.
2. The Pinellas County Jail is a Federal Holding Facility in which Sheriff Bob Gualtieri receives 20 million dollars a year from The U.S. Marshall Services.
3. The Fourteenth Amendment prohibts to punish any pre-trial detainee, it goes further that pre trial are not to be housed in unsafe conditions.
Case law: Revere v. Massachusetts General Hospital, 463 US 239 244 103 S.CT (1983)

-1-

N/P

4. Supreme Court Justice Sonia Sotomayor stated that all pretrial detainees be tested for Covid 19.

5. Chief Justice John Roberts stated "Even in a Pandemic, The Constitution can not be put away and hidden."

6. Plaintiff has been on ten count them ten quarantines and each time medical staff supervisor Martinelli has blantantly refused to give Plaintiff a Covid 19 test. How can that be anymore clear of violation of The Eighth and Fourteenth Amendment to The U.S. Constitution.

## Covid 19

1. Covid 19 has struck the world to it's core.

2. Sheriff Bob Gualtieri like his idol former President Donald Trump still believe that is a hoax or a Democrat conspiracy. Sheriff Bob Gualtieri a stern Republican who was photoed with President Trump during the summer.

3. Only a week later President Trump ordered to remove peaceful protesters. The same President that and has been impeached twice and lit the flame that attacked The Capitol.

4. Covid 19 has spread unchecked by Sheriff Bob Gualtieri's officials.

This can not go unchecked in America rounding up innocent people and killing them without due process. It something that was back in 1621 "Salem Witch Trials" This is policies, procedures, and training from Sheriff Bob Gualtieri himself. Taylor v. Ledbetter, 818 F2d 791 (11th Circuit 1987)

As in Anduyar v. Rodriguez, 486 F 3d 1199 (2007) To Satisfy Subjective prong of pretrial detainee's Fourteenth Amendment deliberate indifference to serious medical needs claim (Covid 19 kills, 154 inmates been affected, two direct deaths have happened in this jail since May 2020) detainee must prove that (1) Sheriff Bob knew of risk (of course he did) (2) Sheriff disregarded that risk (lack of Covid 19 testing). Sheriff is completely guilty.

Federal standards of a jail facility prohibits on inmates of sleeping on the floor in a "boats" Total violation of CDC guidelines and violation of Eighth amendment "overcrowding"

Any future health concerns can be directly cause by the lack of Covid 19 on Plaintiff. As Carey v. Piphus, 435 US 247 98 S.CT (1978)

<u>Probable Cause Affidavit By</u>
<u>Pinellas County Deputy</u>
<u>Bruce Johnson</u>

1. Plaintiff is a pro se Defendant in Criminal Case 20-014 26CF; Aggravated stalking Division A Judge Nancy Ley waiting trial. Trial date set for April 13th, 2021

-3-

The Pinellas County Sheriff's Department also under Sheriff Bob Gualtieri has compel the Deputies to lie to arrest innocent people who speak out against him or his policies just like Donald Trump.

1. Deputy Bruce Johnson has a pattern of lying under oath in criminal case SO 19-142946 (never a arrest warrant) That Deputy Bruce Johnson stated under oath for a probable cause affidavit "That Plaintiff has filed small claim cases, civil cases, and injunction hearings against alleged victim Justin Crowder. Again, shows the Federal court of how poorly trained that Sheriff Bob Gualtieri Deputies are. All of the acts that Deputy Bruce Johnson stated are constitutionally protected actives. Wow, how is that possible locking up American citizens for exercising their Constitution rights. See: Poindexter v. Springer, 898 So 2d 204 (2005) These Deputies don't have any idea what constitutionally protected is not criminal. The Aggravated Stalking charge was dismissed even though Bruce Johnson placed 329 pages of evidence in property. All 329 pages were constitutionally protected.

Then Bruce Johnson charged Plaintiff with Extortion on July 16th, 2019: This charge was no filed by the State Attorney's office.

<u>Numerous Complaints To Pinellas County Sheriffs Department</u>

- 4 -

1. Plaintiff filed five complaints of police harassment to Pinellas County Professional Standard Bureau. Numerous peaceful protesting of policies of Sheriff Bob Gualtieri.

2. On May 2, 2020 Plaintiff was arrested again by Sheriff Bruce Johnson, same charge, same victim and this time barged into my home at 2:11 am without a search warrant, without a arrest warrant and without evidence.

The Federal Courts can not let this go. It will have a "chilling effect" on suppression of constitutional rights of citizens. As in <u>Wilson v. Layne</u>, 526 US 603 (1999) Five Judges dissented, arguing that the officers actions did violate the Fourth Amendment, and the clearly established protections.

The only evidence that Bruce Johnson again a proven liar that Plaintiff called in a "Welfare Check" on alleged victim but nobody can produce this. The police and Deputy Bruce Johnson lied committed perjury. <u><u>A felony!</u></u>

Another Deputy/Detective was found guilty of lying on a search warrant November 2019 and Bernie McCabe State Attorney's office who committed suicide on January 1, 2021 which has been covered up by Sheriff Bob Gualtieri.

No evidence can be produced in Criminal Case 20-01426CF to establish a arrest never mind a conviction but State Attorney's office is still prosecuting Plaintiff.

-5-

Florida Statute 901.15 that an officer can arrest someone if they believe Defendant committed a crime and is guilty of a crime. Bruce Johnson lied and he has lied before. He is a corrupt lying cop. An arrest without a warrant bypasses the safeguards provided by an objective predetermination of probable cause. Otherwise, a principal incentive now existing for the procurement of arrest warrant would be destroyed Wong Sun V. United States, 371 US 471 479 83 S.CT

When the constitutional validity of an arrest is challenged it is the function of a court to determine whether the facts available to the officers at the moment of the arrest would warrant a man of reasonable caution in the belief that an offense has been committed Carroll V. United States, 267 US 132 162 S. CT. The probable cause by Bruce Johnson has hearsay, double hearsay and triple hearsay.

Another Deputy Joshua Berra issued as a "Non Criminal". So The Court must be aware of one Deputy viewed it as "Non Criminal" but on the same evidence Bruce Johnson viewed it as Criminal and Aggravated Stalking.

Bruce Johnson is Al Capone with a badge! As in Sur-prenant V. Rivas, 424 F 3d 514-515 (1st Cir 2005) possible due process violation where officer fabricated charge against pretrial detainee officer knew charge might lead to placement in segregation which constituted punishment

-6-

Crime is contagious! If police become a lawbreaker it breeds contempt for the law. It invites anarchy! A crime of this nature, if subtly encouraged by failure to condemn and punish certainly leads down the road totalitarianism. Sheriff Bob Gualtieri is just like Darryl Gates in Los Angeles in 1992. These Deputies have too much authority and not enough accountability.

The Federal Court could stop the dragnet of innocent law abiding citizens in Pinellas County. The Federal Court could stop the slow painful death of pretrial detainees in Pinellas County Jail. Sheriff Bob Gualtieri should be charged with criminal neglect homicide if any pretrial dies from Covid 19 while waiting trial.

An arrest without probable cause is violation of the Fourth Amendment. Physical entry of the home is chief evil against which the wording of the Fourth Amendment is directed.

## Directions To The Court

1. Plaintiff filed a Habeas, but the Court could rule as A Mandamus.
2. The law library for a Federal Holding Facility has a untrained law librarian who turned out to be Sheriff Bob Gualtieri's counsin. That is nice!

-7-

This law librarian is so incompetent that he has lost limited legal copies along with Captain Nobles to limit inmates just 60 pages of legal documents. Much like everything else they just made that up. No just like Donald Trump claim of Voter fraud can they produce this. So access to the Courts is limited for a Pro SE Defendant too. No, totally unconstitutional!

This all comes down to retaliatory motives by jail officials as in Hartman V. Moore, 547 US 250 (2006) recent move of Plaintiff to higher security unit without any type of discipline action.

A prosecutor does not enjoy absolute immunity for knowingly making false statements. Kalina V. Fletcher, 522 US 118 S.CT (1997) The State Attorney office lied to the Court not once but twice. Criminal Case 19-05991 CF lied to the Court stating that State Elizabeth Zuroweste had a email. Never produced felony charges dismissed. Prosecutor Robert Bruce has never produce any type of evidence besides hearsay from a lying, corrupt, incomptent, poorly trained Deputy Bruce Johnson.

This will have a "chilling effect" of State Court prosecution upon exercise of The First Amendment freedoms as in Younger V. Harris, 401 US 37 (1971) Possession of a warrant by officers conducting an arrest or search greatly reduces the perception of unlawful or intrusive police conduct Groh V. Ramirez, 540 US 551 (2004)

—8—

It goes down to Sheriff Bob Gualtieri to train his Deputies properly as in Rivas V. Freeman, 940 F 2d 1491 (1991) The Sheriff can not hide behind The Eleventh Amendment because it is a Federal Holding Facility. Agency's failure to train its officers adequately may constitute "policy" giving rise to governmental liability for violation of civil rights which liability may be imposed for single decision by policymakers. Captain Nobles at the Jail and Sheriff Bob Gualtieri.

As in Jones V. Cannon, 174 F 3d 1271 (1998) Police officers do not have absolute immunity for submitting supporting affidavits in their applications for arrest warrant. Since, Bruce Johnson never got a arrest warrant and he lied not once not twice, but three times on three separate probable cause affidavits.

A Fourth Amendment claim of malicious prosecution on the grounds the officer (Bruce Johnson) lacked probable cause to instigate criminal prosecution Kuntz V. City of Shrewsbury, 245 F 3d 753 (8th Cir 2001) probable cause at the time of arrest is a question of law. Deputy Bruce Johnson broke the law. Deputy Bruce Johnson Committed the following felonies, Armed burglary, Home Invasion, Kidnapping, Perjury, false imprisonment. State Attorney has turned a blank eye with Pinellas County Deputies committing felonies

- 9 -

"A person whose expression is constitutionally protected may well refrain from exercising their rights for fear of criminal sanctions by statute susceptible of application to protected expression <u>Pallas V. State, 636 So 2d 1358 (1994)</u>

As noted one Deputy "Non Criminal" which now eliminates Immunity that is where reasonable officers in the same circumstances and possessing the same knowledge as Deputy Bruce Johnson could have believed that probable cause existed to arrest. Bruce Johnson lied! <u>Lee V. Ferraro, 284 F 3d 1188 (2002)</u> Failing to supervise and discipline abusive police officers.

This Petition For Federal Habeas Corpus/Mandamus comes in good faith.

Respectfully
× *Michael L*
Michael LoRusso
14400 49th North
Plaintiff
Clearwater, Florida 33762
#1836394
Pinellas County Jail

—10—