Clerk of Federal Court
Clerk Elizabeth Warren
801 North Florida Ave
Tampa, Florida 33602

February 4th, 2021

Clerk:

Enclose you will find a Habeas/Mandamus to be file in Federal Court which is very important to show what is going on at The Pinellas County Jail.

These people are so totally poorly trained that only The Federal Court can grant relief.

Thank you so much for your time + effort

Respectfully

Michael LoRusso

\* \* \* \* \* \* \*

## AFFIDAVIT CERTIFICATE
(Prisoner Accounts Only)

**I HEREBY CERTIFY THAT** _____, has the sum of
(Name of Affiant)

$_____ as of _____ on account to his credit at the
(date)

_____ institution where he is confined. I further certify that the

above-named prisoner affiant has the following securities to his credit according to the records of

this institution:

_____

_____

_____

_____
Authorized Officer of Institution