Michael Lorusso
#1836394
Pinellas County Jail
14400 49th North
Clearwater, Florida 33762

TAMPA FL 335
SAINT PETERSBURG FL
2 FEB 2021   PM 6   L

SCREENED By USM    SCREENED By USM

United States District Court
For District of Florida
801 North Florida Avenue
Tampa, Florida 33602

"legal" mail

"legal" mail

33602-384802